DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DENNIS TATUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1657

_____

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Philip J. Federico, Judge.

Dennis Tatum, pro se.

PER CURIAM.

 Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.